Blakesburg *v.* Jefferson.

## The inhabitants of the plantation of BLAKESBURG *vs.* The inhabitants of the town of JEFFERSON.

The provisions of the pauper-laws, requiring towns to relieve and support the poor, do not extend to plantations.

THIS was an action of *assumpsit* for supplies furnished to a pauper whose settlement was alleged to be in *Jefferson ;* and it was submitted to the court upon the single question whether the plaintiffs, being inhabitants of an organized plantation, and not of an incorporated town, could maintain the action.

*Williamson,* for the plaintiffs.

*Chandler* and *Garnsey,* for the defendants.

WESTON J. delivered the opinion of the Court.

Plantations are *quasi* corporations, with limited powers. They have none, except what are given by statute or implied from such as are given. The plaintiffs have strong claims for relief in a case like this ; but with every disposition to afford it, upon an examination of the statute in relation to paupers, we do not find sufficient authority to sustain the action. The general provisions of the pauper law cannot be extended to plantations, without further legislation. The duties and liabilities imposed upon towns for the support of the poor, arise from positive law, and not from moral obligation resting upon them as corporations. To the extent required by the statute, and in the mode prescribed, they are chargeable ; but their liability has never been extended by construction, beyond what the statute imposes, either in express terms, or by necessary implication. The remedies given to towns, which result from their respective duties, are not given to plantations. The statute does not require plantations to relieve and support their poor. None of its provisions extend to them, except the last section, and that authorizes them to raise money for the support of the poor, but does not impose it as a duty.

*Plaintiffs nonsuit.*